IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOMA BURKS, | No. C 11-00924 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DR. BICK, | |
| Defendant. | |

This action has been dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: December 20, 2011

SUSAN ILLSTON
United States District Judge